**Order entered January 23, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00016-CV

## IN RE: CHRISTOPHER WAYNE GREEN

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CV-1970004-H**

## ORDER

The reporter's record is overdue. The clerk's record contains appellant's statement of inability to afford payment of court costs or an appeal bond and his request for the reporter's record. Although, Sharyl Zeno, Official Court Reporter for Criminal District Court No. 1, notified this Court by letter that there is no reporter's record, the docketing statement filed by appellant identifies Debi Harris, Official Court Reporter for Auxillary Court No. 8, as the court reporter responsible for filing the record. Accordingly, we **ORDER** Ms. Harris to file, by **February 4, 2020**, either the reporter's record or written verification that no reporter's record exists.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Harris and all parties.

/s/      KEN MOLBERG
         JUSTICE